ERIC GRANT
United States Attorney
DHRUV M. SHARMA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>LUIS EDUARDO TORRES-HERNANDEZ,<br>aka Ruben Torres-Hernandez<br><br>                              Defendant. | CASE NO.  2:25-CR-00171-DJC<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: August 28, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on August 28, 2025.

2.      By this stipulation, defendant now moves to continue the status conference until September 25, 2025, at 9:00 a.m., and to exclude time between August 28, 2025, and September 25, 2025, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes investigative reports, grand jury records, and video and audio recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Counsel for defendant was recently substituted in on August 12, 2025. Counsel desires additional time to consult with his client, to review the current charges, to conduct investigation and research related to the charges, to review discovery for this matter, to discuss potential resolutions with his client and otherwise prepare for trial.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 28, 2025 to September 25, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  August 21, 2025                             ERIC GRANT
                                                    United States Attorney


                                                    /s/ DHRUV M. SHARMA
                                                    DHRUV M. SHARMA
                                                    Assistant United States Attorney

1    Dated:  August 21, 2025                    /s/ *John Manning (as authorized*
                                                *on August 21, 2025)*
2                                               John Manning
                                                Counsel for Defendant
3                                               Luis Eduardo Torres-Hernandez

4

5

6                                   **ORDER**

7    IT IS SO FOUND AND ORDERED this 21st day of August, 2025.

8

9                                               /s/ Daniel J. Calabretta

                                                THE HONORABLE DANIEL J. CALABRETTA
10                                              UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28