ERIC GRANT
United States Attorney
DHRUV M. SHARMA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS EDUARDO TORRES-HERNANDEZ,<br>aka Ruben Torres-Hernandez<br><br>Defendant. | CASE NO. 2:25-CR-00171-DJC<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: September 25, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 25, 2025.

2. By this stipulation, defendant now moves to continue the status conference until December 4, 2025, at 9:00 a.m., and to exclude time between September 25, 2025, and December 4, 2025, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes investigative reports, grand jury records, and video and audio recordings. Almost all of this discovery has been either produced directly to counsel and/or made available for inspection and copying. The discovery thus far produced is voluminous: approximately 11,762 pages of

pdfs and 154 native files (which including text messages, audio files, videos, phone calls, Excel files, etc.). The government is in the process of producing additional discovery related to a search warrant executed concurrently with the arrest of the defendant.

      b)    Counsel for defendant was recently substituted in on August 12, 2025. Counsel desires additional time to consult with his client, to review the current charges, to conduct investigation and research related to the charges, to review discovery for this matter, to discuss potential resolutions with his client and otherwise prepare for trial.

      c)    Counsel for defendant has indicated his trial schedule makes setting this matter before the date requested herein a challenge. Counsel for defendant has represented he has a jury trial beginning November 3, 2025. Additionally, because of the scheduled "start date" of the trial, the month of October is largely dominated by trial preparation and pre-trial motion practice.

      d)    Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)    The government does not object to the continuance.

      f)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 25, 2025 to December 4, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

IT IS SO STIPULATED.

Dated: September 17, 2025

ERIC GRANT
United States Attorney

/s/ DHRUV M. SHARMA
DHRUV M. SHARMA
Assistant United States Attorney

Dated: September 17, 2025

/s/ *John Manning (as authorized on September 17, 2025)*
John Manning
Counsel for Defendant
Luis Eduardo Torres-Hernandez

**ORDER**

IT IS SO FOUND AND ORDERED this 17th day of September, 2025.

Dated: September 17, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE