ERIC GRANT
United States Attorney
DHRUV M. SHARMA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS EDUARDO TORRES-HERNANDEZ,<br>aka Ruben Torres-Hernandez<br><br>Defendant. | CASE NO. 2:25-CR-00171-DJC<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: December 4, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on December 4, 2025.

2. By this stipulation, defendant now moves to continue the status conference until February 5, 2026, at 9:00 AM, and to exclude time between December 4, 2025, and February 5, 2026, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports, grand jury records, video and audio recordings, as well as discovery related to a search warrant executed concurrently with the arrest of the defendant. This discovery has been either produced directly to counsel and/or made available for inspection and

copying. The discovery thus far produced is voluminous: approximately 11,762 pages of pdfs and 154 native files (which include text messages, audio files, videos, phone calls, Excel files, etc.). Nearly all of the noted communications are in Spanish. The government is also investigating potentially superseding the indictment to include charges arising out of the execution of the search warrant.

      b) Counsel for defendant was substituted in on August 12, 2025. Counsel desires additional time to consult with his client, to review the current charges as well as the potential new charges, to conduct investigation and research related to the charges, to review discovery for this matter, to discuss potential resolutions with his client and otherwise prepare for trial.

      c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d) The government does not object to the continuance.

      e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 4, 2025 to February 5, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

      IT IS SO STIPULATED.

Dated: November 26, 2025

ERIC GRANT
United States Attorney

/s/ DHRUV M. SHARMA
DHRUV M. SHARMA
Assistant United States Attorney

Dated: November 26, 2025

/s/ *John Manning (as authorized on November 26, 2025)*
John Manning
Counsel for Defendant
Luis Eduardo Torres-Hernandez

# ORDER

IT IS SO FOUND AND ORDERED this 26th day of November, 2025.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE