ERIC GRANT
United States Attorney
DHRUV M. SHARMA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS EDUARDO TORRES-HERNANDEZ,<br>aka Ruben Torres-Hernandez<br><br>Defendant. | CASE NO.  2:25-CR-00171-DJC<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND CONVERT TO CHANGE OF PLEA, AND TO EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: February 5, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on February 5, 2026.

2.      By this stipulation, the parties now move to continue the status conference and to convert the hearing to a Change of Plea on April 2, 2026, and to exclude time between February 5, 2026, and April 2, 2026, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The parties have reached an agreement in principle and are working towards formalizing the agreement in a written plea agreement. The agreement will likely involve a superseding charging document and the defendant will need to be arraigned. The parties request the continuance in order to finalize the superseding charging document, conduct the arraignment,

STIPULATION RE: CONTINUANCE AND EXCLUDABLE TIME

1

and formalize the plea agreement.

b)    In the event that plea negotiations fail, defense counsel will need to continue his investigation and review of voluminous discovery in order to prepare for trial. The discovery associated with this case includes investigative reports, grand jury records, video and audio recordings, as well as discovery related to a search warrant executed concurrently with the arrest of the defendant. This discovery has been either produced directly to counsel and/or made available for inspection and copying. The discovery thus far produced is voluminous: approximately 11,762 pages of pdfs and 154 native files (which include text messages, audio files, videos, phone calls, Excel files, etc.)

c)    Counsel for defendant was substituted in on August 12, 2025. In the event plea negotiations fail, counsel would require additional time to consult with his client, to review the applicable charges, to conduct investigation and research related to the charges, to review discovery for this matter, and otherwise prepare for trial.

d)    Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 5, 2026 to April 2, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

STIPULATION RE: CONTINUANCE AND EXCLUDABLE TIME

2

IT IS SO STIPULATED.

Dated:  January 27, 2026                              ERIC GRANT
                                                     United States Attorney


                                                     /s/ DHRUV M. SHARMA
                                                     DHRUV M. SHARMA
                                                     Assistant United States Attorney


Dated:  January 27, 2026                              /s/ *John Manning (as authorized
                                                     on January 28, 2026)*
                                                     John Manning
                                                     Counsel for Defendant
                                                     Luis Eduardo Torres-Hernandez


## ORDER

IT IS SO FOUND AND ORDERED this 28th day of January 2026.


Dated:  January 28, 2026                              /s/ Daniel J. Calabretta
                                                     THE HONORABLE DANIEL J. CALABRETTA
                                                     UNITED STATES DISTRICT JUDGE


STIPULATION RE: CONTINUANCE AND EXCLUDABLE
TIME                                                3