JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
4005 Manzanita Ave, Suite 6-8
Carmichael, CA 95608
(916)444-3994
jmanninglaw@yahoo.com


Attorney for Defendant
Luis Eduardo Torres-Hernandez


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:25 CR 00171-DJC |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING MR. |
| | ) TORRES-HERNANDEZ'S SENTENCING DATE |
| vs. | ) AND ACCOMPANYING DISCLOSURE AND |
| | ) OBJECTION SCHEDULE |
| LUIS EDUARDO TORRES-HERNANDEZ, | ) |
| | ) Date:  September 17, 2026 |
| Defendant. | ) Time:  9:00 a.m. |
| | ) Judge: Honorable Daniel J. Calabretta |

Mr. Torres-Hernandez pled guilty, pursuant to a superseding information, to count one (18 U.S.C. § 922(g)(5) - Unlawful Alien in Possession of a Firearm) and count two (8 U.S.C. § § 1326(a) and (b)(1) - Reentry of Removed Alien) on April 2, 2026.  Mr. Torres-Hernandez is presently set for judgment and sentencing on July 9, 2026, at 9:00 a.m., before the Honorable Daniel J. Calabretta.  For reasons more specifically detailed below, the defense is requesting to continue Mr. Torres-Hernandez's judgment and sentencing to **September 17, 2026, at 9:00 a.m.** (and adjust the presentence report objection and disclosure schedule accordingly).

Mr. Torres-Hernandez speaks Spanish and a court certified Spanish language interpreter is required to communicate with Mr. Torres-Hernandez. At the time Mr. Torres-Hernandez entered his plea of guilty on April 2, 2026, Mr. Torres-Hernandez was being housed in/at the Wayne Brown Correctional

1

Facility in Nevada City (Nevada County), CA.  As such, counsel for the defense and a court certified Spanish language interpreter met via Zoom with Mr. Torres-Hernandez to prepare the Presentence Report (PSR) packet and to prepare Mr. Torres-Hernandez for his interview with Probation. To that end, between April 3, 2026 and May 13, 2026, defense counsel, the interpreter and Mr. Torres-Hernandez met ten times.

On, or about, May 4, 2026, defense counsel and USPO agreed to meet with Mr. Torres-Hernandez on May 14, 2026 (at 1:00 p.m.) for his PSR interview. (The 14th was chosen at the request of defense counsel in order to allow for as many meetings with Mr. Torres-Hernandez as possible before meeting with USPO.)  Unfortunately, at approximately noon on May 14, 2026, I received an email informing me Mr. Torres-Hernandez was no longer in/at the Nevada County jail and was being transferred to the Taft Facility (in Taft, CA). Presently, defense counsel, Mr. Torres-Hernandez, Probation and a court certified Spanish language interpreter are scheduled to meet on June 3, 2026, for the PSR interview.

The presently in place disclosure and objection schedule calls for the draft PSR to be published on (by) May 28, 2026.  As such, despite diligent effort, the disclosure and objection schedule presently in place is untenable.

Assistant United States Attorney, Dhruv M. Sharma and United States Probation Officer, Hayley La Fazia, were consulted, prior to the filing of this stipulation, as to the request(s) made herein. Neither the government, nor United States Probation, has an objection to the requests made herein.

///

///

///

Therefore, the Parties respectfully request the Court adopt the following schedule pertaining to the presentence report:

**Judgment and Sentencing date:**                    **09/17/26**
                                                     **(@ 9:00 a.m.)**


        Sentencing Memorandum & Reply or
        Statement of Non-Opposition:                 09/10/26


        Counsel's written formal objections filed
        with the Court and served on the Probation
        Officer and opposing counsel no later than:  09/03/26
        The final Presentence Report shall be filed
        with the Court and disclosed to counsel
        no later than:                               08/27/26

        Counsel's written informal objections to
        the Presentence Report shall be delivered
        to the Probation Officer and opposing
        Counsel no later than:                       08/20/26

        The (draft) Presentence Report shall be
        disclosed to counsel no later than:          08/06/26


Dated: May 18, 2026                    /S/ John R. Manning
                                       JOHN R. MANNING
                                       Attorney for Defendant
                                       Luis Eduardo Torres-Hernandez


Dated: May 18, 2026                    Eric Grant
                                       United States Attorney

                                       by: /S/ Dhruv M. Sharma
                                       DHRUV M. SHARMA
                                       Assistant United States Attorney



                              **ORDER**


IT IS SO FOUND AND ORDERED this 18th day of May, 2026.


Dated:  May 18, 2026                   /s/ Daniel J. Calabretta
                                       THE HONORABLE DANIEL J. CALABRETTA
                                       UNITED STATES DISTRICT JUDGE


                                    3