JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
4005 Manzanita Ave, Suite 6-8
Carmichael, CA 95608
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
Luis Eduardo Torres-Hernandez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LUIS EDUARDO TORRES-HERNANDEZ,<br><br>Defendant. | Case No.: 2:25 CR 00171-DJC<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING MR. TORRES-HERNANDEZ'S SENTENCING DATE<br><br>Date: September 24, 2026<br>Time: 9:00 a.m.<br>Judge: Honorable Daniel J. Calabretta |

Mr. Torres-Hernandez pled guilty, pursuant to a superseding information, to count one (18 U.S.C. § 922(g)(5) - Unlawful Alien in Possession of a Firearm) and count two (8 U.S.C. § § 1326(a) and (b)(1) - Reentry of Removed Alien) on April 2, 2026. Mr. Torres-Hernandez is presently set for judgment and sentencing on September 17, 2026, at 9:00 a.m., before the Honorable Daniel J. Calabretta. For reasons more specifically detailed below, the defense is requesting to continue Mr. Torres-Hernandez's judgment and sentencing to **September 24, 2026, at 9:00 a.m.**

Mr. Torres-Hernandez has been interviewed by USPO, the draft PSR was issued, the parties filed informal objections, the final PSR was published and there were no objections to the final PSR. (It is anticipated there will be unopposed oral motion at sentencing by Probation to make a single

amendment to the final PSR.) The parties each filed sentencing memorandums as scheduled. However, defense counsel failed to alert the United States Marshals Service (USMS) two weeks in advance of the sentencing date that Mr. Torres-Hernandez will need to be present in court in Sacramento. As a result, the USMS is requesting the matter be continued one week to facilitate transporting Mr. Torres-Hernandez from the Taft facility to Sacramento for judgement and sentencing. Defense counsel sincerely apologizes for the error.

Assistant United States Attorney, Dhruv M. Sharma and United States Probation Officer, Hayley La Fazia, were consulted, prior to the filing of this stipulation, as to the request(s) made herein. Neither the government, nor United States Probation, has an objection to the requests made herein. Therefore, the Parties respectfully request the Court set this matter as follows: **Judgment and Sentencing on 09/24/26, at 9:00 a.m.**

Dated: September 11, 2026

/S/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Luis Eduardo Torres-Hernandez

Dated: September 11, 2026

Eric Grant
United States Attorney

by: /S/ Dhruv M. Sharma
DHRUV M. SHARMA
Assistant United States Attorney

**ORDER**

IT IS SO FOUND AND ORDERED this 11th day of September, 2026.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE