ERIC GRANT
United States Attorney
DHRUV M. SHARMA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>LUIS EDUARDO TORRES-HERNANDEZ,<br>Defendant. | 2:25-CR-00171-DJC<br><br>FINAL ORDER OF FORFEITURE |

On or about April 21, 2026, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Luis Eduardo Torres-Hernandez forfeiting to the United States the following property:

a. Windham Weaponry, Model WW-15, 5.56 caliber rifle, Serial Number: WW169303.

Beginning on April 23, 2026, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individual known to have an alleged interest in the above-listed property:

a. Zachary Joseph Pacheco: A notice letter was sent via certified mail to Zachary Joseph Pacheco at 328 E Moskee St., Meridian, ID 83646 on April 22, 2026. The envelope was returned to the U.S. Attorney's Office on July 6, 2026, as "unclaimed."

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), including all right, title, and interest of Luis Eduardo Torres-Hernandez and Zachary Joseph Pacheco.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Customs and Border Protection – Homeland Security Investigations shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 17th day of November, 2026.

Dated: November 17, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE